Of Counsel:
Dana Harrell
Nicole Thomas
Teri Thompson

Mailing Address:
2296 Henderson Mill Road,
N.E. Suite 407
Atlanta, GA 30345



### *D. Lowell Thomas, P.C.*

ATTORNEYS AT LAW
1745 Martin Luther King Jr. Drive, Atlanta, GA 30314



OFC: (404) 522-1400
FAX: (770) 723-9115

*www.dwightlthomas.com*

April 29, 2019

Ms. Mamendella York, Courtroom Deputy
c/o Honorable Eleanor L. Ross
United States District Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**RE:  Leave of Absence; Rodney Ooten et al v. Fulton County et al;
Civil Docket Case # 1:19-CV-00237-ELR**

Dear Ms. York:

Pursuant to Local Rule 57.1 E, I am requesting that the above-referenced case is not calendared during my leave of absence for the following periods:

1) Counsel will be out of State on May 2-3, 2019.

2) Counsel will be out of State on May 24, 2019 and May 28, 2019.

3) Counsel will be out of State on personal vacation July 2-5, 2019, July 8-9, 2019, July 23-26, 2019 and July 29-31, 2019.

4) Counsel will be out of State on personal vacation August 1-2, 2019, August 5-9, 2019 and August 12-14, 2019.

Respectfully,

*/s/Dwight L. Thomas*
Dwight L. Thomas
Attorney at Law


cc:     Clerk of Court