# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Rodney Ooten, Sr. o/b/o Rodney Ooten, Jr. (as legal guardian and natural father) and Rodney Ooten, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> FULTON COUNTY, GEORGIA and FULTON COUNTY SHERIFF'S DEPARTMENT and/or FULTON COUNTY POLICE DEPARTMENT And SERGEANT COREY HENRY, individually and in his official capacity, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:19-CV-0237-ELR |

## PETITION FOR LEAVE OF ABSENCE OF ASHLEY J. PALMER

COMES NOW Ashley J. Palmer, lead counsel for Defendants Fulton County, Georgia, Fulton County Sheriff' Office, Fulton County Police Department, and Lieutenant Corey Henry, and pursuant to Local Rule 83.1(E)(3) of the U.S. District Court for the Northern District of Georgia, hereby petitions the Court for a leave of absence for the periods of:

**May 16-17, 2019**, for the purpose of attending the National High School Mock Trial Competition in Athens, Georgia as a member of the National Planning Committee; and

**May 23-24, 2019** and **July 3-5, 2019**, for the purpose of vacation.

During these periods, the undersigned will be away from the practice of law. A proposed Order is attached. Counsel understands that a leave of absence does not extend previously set filing deadlines nor relieve counsel from other deadline requirements imposed by the Court.

Respectfully submitted, this 13th day of May, 2019.

                                              */s/ Ashley J. Palmer*
                                              Ashley J. Palmer
                                              Senior Assistant County Attorney
                                              Georgia Bar No. 603514
                                              ashley.palmer@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Rodney Ooten, Sr. o/b/o Rodney Ooten, Jr. (as legal guardian and natural father) and Rodney Ooten, Jr., <br><br>Plaintiffs, <br><br>v. <br><br>FULTON COUNTY, GEORGIA and FULTON COUNTY SHERIFF'S DEPARTMENT and/or FULTON COUNTY POLICE DEPARTMENT And SERGEANT COREY HENRY, individually and in his official capacity, <br><br>Defendants. | CIVIL ACTION FILE <br> NO. 1:19-CV-0237-ELR |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this the 13th day of May, 2019, the undersigned counsel presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and served a copy of the foregoing PETITION FOR LEAVE OF ABSENCE OF ASHLEY J. PALMER upon all parties of record by depositing a true and correct copy of same in the United States mail with adequate postage affixed thereto and addressed as follows:

Dwight L. Thomas
Attorney for Plaintiffs
2296 Henderson Mill Road, Ste. 407
Atlanta, GA 30345

Taylor Leftwich
Attorney for Plaintiffs
2296 Henderson Mill Road, Ste. 407
Atlanta, GA 30345

Respectfully submitted, this 13th day of May, 2019.

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Senior Assistant County Attorney
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Ooten, Rodney v. Fulton County, Georgia, et al - 1.19-cv-0237-ELR (AJJ)\Pleadings and Motions\05.13.19 Petition for Leave of Absence.docx

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Rodney Ooten, Sr. o/b/o Rodney ) <br> Ooten, Jr. (as legal guardian and ) <br> natural father) and Rodney Ooten, Jr., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FULTON COUNTY, GEORGIA and ) <br> FULTON COUNTY SHERIFF'S ) <br> DEPARTMENT and/or FULTON ) <br> COUNTY POLICE DEPARTMENT ) <br> And SERGEANT COREY HENRY, ) <br> individually and in his official ) <br> capacity, ) <br> ) <br>    Defendants. ) | CIVIL ACTION FILE <br> NO. 1:19-CV-0237-ELR |

## **ORDER**

THEREFORE, having come for consideration, Petition for Leave of Absence of Ashley J. Palmer, and for good cause shown, IT IS HEREBY ORDERED that Defendant's lead counsel, Ashley J. Palmer, is permitted a leave of absence for the period of May 16-17, 2019; and May 23-24, 2019 and July 3-5, 2019 from the practice of law for the purposes of attending the National High School Mock Trial Competition in Athens, Georgia as a member of the National Planning Committee and vacation, respectively.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE